## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2016, I caused the Notice of Court Conference in Case No. 16-CV-3778 to be served by First Class Mail upon the following Defendant:

**SHNY Restaurant Group**
1460 Second Avenue
New York, NY 10021

_____
C.K. Lee, Esq.