UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

AMANIE RILEY, *on behalf of herself and all others similarly situated*

                                     Plaintiff,

    -against-

SHNY RESTAURANT GROUP, LLC

                                     Defendant.

Civ. No.: 16-cv-3778 (JGK)

------------------------------------------------------------------x

### STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

       It hereby is STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their undersigned attorneys, that any obligation on the part of Defendant to answer, move, or otherwise respond to the Complaint in this matter is extended to and including July 29, 2016;

       IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their undersigned attorneys, that no previous requests for extension of any current putative deadline for Defendant to respond to the Complaint have been made; and,

       IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their undersigned attorneys, that Defendant accepts service of the Complaint and waives the defense of insufficiency of process.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7-12-16

LEE LITIGATION GROUP, PLLC.  
*ATTORNEYS FOR PLAINTIFF*  
30 East 39th Street, Second Floor  
New York, New York 10016  
(212) 465-1188  

By: _____  
C.K. LEE, ESQ.  
ANNE SELIG, ESQ.  
LYNN HSIEH, ESQ.  

Dated: 7/7/16

JACKSON LEWIS P.C.  
*ATTORNEYS FOR DEFENDANT*  
58 South Service Rd., Ste. 250  
Melville, New York 11747  
(631) 247-0404  

By: _____  
NOEL P. TRIPP, ESQ.  
KATHRYN J. BARRY, ESQ.  

Dated: July 7, 2016

SO ORDERED on this 11 day of ~~June~~ July, 2016:

_____  
United States District Judge

4825-2067-0260, v. 1