Representing Management Exclusively in Workplace Law and Related Litigation


Attorneys at Law

| | | | | |
|---|---|---|---|---|
| Jackson Lewis P.C. | ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| 58 South Service Road | ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| Suite 250 | ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| Melville, New York 11747 | AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| Tel 631 247-0404 | BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| Fax 631 247-0417 | BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| www.jacksonlewis.com | BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| | CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| | CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| | CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| | DALLAS, TX | MADISON, WI | PITTSBURGH, PA | STAMFORD, CT |
| | DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | TAMPA, FL |
| | DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| | DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | WHITE PLAINS, NY |
| | GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: (631) 247-4661
MY EMAIL ADDRESS IS: TRIPPN@JACKSONLEWIS.COM

July 26, 2016

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York  10007

> Re:   Riley v. SHNY Restaurant Group, LLC
> Request to Extend Defendants' Time to Answer, Move,
> or Otherwise Respond to the Complaint and To Adjourn
> the Initial Pretrial Conference
> Civ. No.: 16-cv-3778 (JGK)

Dear Judge Koeltl:

   The firm represents Defendant SHNY Restaurant Group, LLC ("SHNY") in the above-referenced action.  In compliance with Rule 1.E. of Your Honor's Individual Rules and Practices, we write with the consent of Plaintiff's counsel to request that the Court (1) extend Defendant's time to answer, move, or otherwise respond to the Complaint, from the current due date of July 29, 2016 until August 26, 2016 and (2) adjourn the Initial pretrial conference currently scheduled for August 3, 2016 at 4:30 pm to a date thereafter convenient to the Court. This extension is requested to avoid incurring unnecessary attorneys' fees and costs, as well as the unnecessary use of judicial resources, during settlement discussions.  This is Defendant's second request to extend the time to answer, move, or otherwise respond to the Complaint.  We thank the Court for its consideration of this request.

         Respectfully submitted,

         JACKSON LEWIS P.C.

         Noel P. Tripp

NPT/kas
cc:  C.K. Lee, Esq. (via ECF)

4829-9105-0805, v.  1